FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

'12 AUG 23 P4:19

CLERK U.S. DISTRICT COURT
Smoj

VERA BARRERA
Anthony Lewis
Anadelia Ledesma
(Enter above the full name of the Plaintiff(s))

vs.

Case Number: _____

Mid America Management
Name
211 Forest Avenue
Street and number
Great Bend   KS   67530
City         State     Zip Code

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A. Name of plaintiff  VERA BARRERA

Address  790 DLPO Drive, Apt 5.
Goodland, Kansas   67735

1

ADDITIONAL Plaintiff's

Anthony Lewis
790 DLAO Drive, Apt 5
Goodland, KS 67735


Anadelia Ledesma
790 DLAO Drive, Apt 5
Goodland, Kansas 67735

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Michelle Kaiser** is

employed at **Mid-America Management as property manager 1020 W. 13th Street, Goodland, Kansas 67735**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _____.

2. The first-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

__X__ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title _VIII_, Section _1968_

_____ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

__X__ 3. Other grounds (specify and state any statute which gives rise to such grounds):

42 USC 3616 Fair Housing Act

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Defendant Michelle Kaiser Discriminated Against Plaintiffs' in violation of Title VIII of the Civil Rights Act of 1968 and 42 USC 3616 Fair Housing Act. Plaintiff

3

## Additional Information

Vera Barrera and Anadelia Ledesma are both Hispanic women. Plaintiff Anthony Lewis is a African American male. Plaintiff Vera Barrera had request a 2 bedroom apartment because her daughter would be living with her. Defendant Michelle Kaiser stated to plaintiff, that there were no 2 bedroom apartments available. Defendant Michelle Kaiser have given a 2 bedroom apartment to her acquaintance that were both white male & female and who were staying with there father who also is a tenant in the same apartment complex. Defendant Michelle Kaiser violated plaintiff Vera Barrera's tenant rights & the lease by entering plaintiff's dwelling after hours while plaintiff was absent from the premises nor did defendant give proper notice to enter plaintiff Vera Barrera's dwelling. Defendant Michelle Kaiser gave plaintiffs' Anthony Lewis & Anadelia Ledesma rental applications. Both plaintiffs' complied and returned them to defendant. Defendant Michelle Kaiser gave both plaintiffs' rejection letters. Defendant stated that plaintiff Anthony Lewis' request was denied due to failure to list previous rental history & criminal history. Plaintiff Anthony Lewis had informed defendant that he had been at one address for 44 years & defendant Michelle Kaiser denied plaintiff Anadelia Ledesma application stating that she failed to provide previous rental history. Plaintiff Anadelia Ledesma is 22 years old.

She will not have previous rental history and has lived with her mother, Plaintiff Vera Barrera all her life.

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Plaintiff's seek the monetary relief of $100 million for Discrimination Due to Race + violation of Title VIII of the 1968 Civil Rights Act.

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?  Yes [X]  No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint?  Yes [X]  No [ ]

VII.  Do you claim punitive monetary damages?  Yes [X]  No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Plaintiffs claim $70 million punitive damages for being Discriminated and defendant Michelle Kaiser accomodates whites tenants and $30 million actual damages.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [X]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    _____

    _____

    _____

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

    DEFENDANTS' ACTION VIOLATED ESTABLISHED laws AND PlantiFFS' Civil Rights AND the COURT Could Best Resolved these illegal ACTIONS OF DEFENDANT michelle KAiSER

IX. Related Litigation:

Please mark the statement that pertains to this case:

    _____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    __X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

    X Vera Barrera
    X Anthony Lewis
    X Anadelia Ledesma
    Signature of Plaintiff
    VERA BARRERA
    ANThoNY Lewis
    ANAdelia Ledesma
    Name (Print or Type)

5

790 OLAO DRive, APT 5
Address

GooDlaND, KS 67735
City       State       Zip Code

316-323-9898
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☒Wichita, ☐Kansas City   or   ☐Topeka, Kansas as the location for the
(check one location)   x Vera Barrera
trial in this matter.                          x Anthony Lemos
                                               x Madelie Fedesna
                                               Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☐yes  ☒no .
(check one)
                                       x Vera Barrera
                                       x Anthony Lemos
                                       x Madelie Fedesna
                                       Signature of Plaintiff

Dated: 8-20-12
(Rev. 8/07)

6